IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:14-CV-00806-D

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use of GRAYBAR ELECTRIC COMPANY, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>TEAM CONSTRUCTION, LLC, JARROD CLINE, individually and d/b/a CLINE ELECTRIC, and WESTERN SURETY COMPANY. )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | ORDER |

This matter comes before the undersigned Chief United States District Judge presiding, upon the Joint Motion to Dismiss ("Joint Motion") of Plaintiff Graybar Electric Company Inc. ("Graybar" or "Plaintiff"), and Defendants TEAM Construction, LLC ("TEAM") and Western Surety Company ("Western") (collectively, the "Moving Parties") for (a) dismissal of all of Graybar's claims against Defendants TEAM and Western, <u>with prejudice</u>, and (b) dismissal of all of Graybar's claims against Defendant Jarrod Cline, individually and d/b/a Cline Electric ("Cline"), <u>without prejudice</u>, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Having reviewed the Joint Motion and considered the other submissions of the parties, the Court finds that the interests of justice and judicial economy will be best served if the Joint Motion is ALLOWED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss is GRANTED. Plaintiff's claims asserted in this action against Defendants Team and

1

Western are hereby dismissed, <u>with prejudice</u>. Plaintiff's claims asserted in this action against Defendant Cline are hereby dismissed, <u>without prejudice</u>.

SO ORDERED. This 3 day of September 2015

*[signature]*
JAMES C. DEVER III
Chief United States District Judge