IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-CV-00806-D

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use of GRAYBAR ELECTRIC COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEAM CONSTRUCTION, LLC, JARROD CLINE, individually and d/b/a CLINE ELECTRIC, and WESTERN SURETY COMPANY. <br><br> Defendants. | **ORDER** |

THIS MATTER comes before the Court upon Western Surety Company's ("Western") Supplemental Consent Motion to Permit Western's Claims Representative to Participate at Mediation via Telephone, and it appearing to the Court, for good cause shown, that Western's claims representative, Laurence P. Jortner, should be excused from attendance in person at the mediated settlement conference tentatively scheduled to be held on February 17, 2016 at 10:00 a.m. at the offices of Wyrick Robbins Yates & Ponton LLP, 4101 Lake Boone Trail, Suite 300, Raleigh, North Carolina.

AND IT IS THEREFORE ORDERED that Western's claims representative, Laurence P. Jortner, is excused from attending the mediated settlement conference of this matter in person, and Mr. Jortner shall be permitted to participate in the mediated settlement conference via telephone, as necessary.

SO ORDERED. This **27** day of January 2016.

JAMES C. DEVER III
Chief United States District Judge